UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>  v.<br><br>HOFSTRA UNIVERSITY; BOARD OF TRUSTEES OF HOFSTRA UNIVERSITY,<br><br>    Defendants. | **STIPULATION OF DISMISSAL AND TO AMEND CAPTION**<br><br>Civil Action No. 2:24-cv-6146-SIL |

**WHEREAS,** this action was commenced on or about September 3, 2024; and

**WHEREAS**, Plaintiff named the "Board of Trustees of Hofstra University" as a defendant; and

**WHEREAS,** the "Board of Trustees of Hofstra University" is not a separate legal entity;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties, as follows:

1. The named defendant Board of Trustees of Hofstra University is hereby dismissed from the action, without prejudice and without costs or fees to either party as against the other.

2. The caption for this action is hereby amended to reflect the dismissal of the Board of Trustees of Hofstra University as follows:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>  v.<br><br>HOFSTRA UNIVERSITY,<br><br>    Defendants. | Civil Action No. 2:24-cv-6146-SIL |

3. Electronic and/or PDF signatures shall be deemed originals for the purpose of filing this Stipulation with the Court.

Dated: December 18, 2024

By: */s/Stuart Bernstein*
    Stuart Bernstein

NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Tel: (212) 736-4500

*Attorneys for Plaintiff*

By: */s/Suzanne M. Messer*
    Suzanne M. Messer

BOND, SCHOENECK & KING
1010 Franklin Avenue, Suite 200
Garden City, New York 11530
Tel: (315 218-8000

*Attorneys for Defendant*

**SO ORDERED**:

_____
Hon. Steven I. Locke
United States Magistrate Judge