

| | | | |
|---|---|---|---|
| Ira S. Nesenoff | Barbara H. Trapasso | Susan E. Stark | |
| Andrew T. Miltenberg | Adrienne D. Levy | Julie A. Sacks | |
| Stuart Bernstein | Regina M. Federico | Kimberly Courtney | |
| ———————— | Ben Goldstein | Nicole Hoehle | |
| Tara J. Davis | Kristen Mohr | *Senior Litigation Counsel* | |
| Gabrielle M. Vinci | Helen Setton | | |
| Christine Brown | Rodman W. Streicher | Marybeth Sydor | |
| Kara L. Gorycki | | *Title IX Consultant* | |

ATTORNEYS AT LAW

**nmllplaw.com**

January 15, 2025

**VIA ELECTRONIC FILING**
Magistrate Judge Steven I. Locke
100 Federal Plaza
Central Islip, NY 11722
Courtroom 820

  Re: **John Doe v. Hofstra University et. al.**
     **Civil Action No.: 2:24-cv-06146-SIL**

Dear Magistrate Judge Locke:

  Please be advised, the undersigned is counsel to Plaintiff John Doe ("Plaintiff") in the above captioned action. I write in follow-up to the recent January 6, 2025 court conference. Counsel for the defendant and myself have conferred and both parties consent to Your Honor overseeing all aspects of this litigation. We have filed the required Consent form with the Court.

  Further, as discussed more fully during the January 6 Initial Conference, the parties respectfully request that Your Honor stay discovery pending a decision on Defendant's Rule 12(c) motion.

  Counsel remains available should Your Honor have any questions or concerns related to this request. Thank you.

                Respectfully submitted,

                *s/ Stuart Bernstein*
                Stuart Bernstein, Esq.
                Helen Setton, Esq.

**CC: All counsel of record (Via ECF)**

363 Seventh Avenue | 5th Floor | New York, NY | 10001 | T: 212.736.4500

101 Federal Street | 19th Floor | Boston, MA | 02110 | T: 617.209.2188

4 Palo Alto Square | 3000 El Camino Real | Suite 200 | Palo Alto, CA | 94306 | T: 650.209.7400