UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

JOHN DOE,

                Plaintiff,

           v.

HOFSTRA UNIVERSITY; BOARD OF TRUSTEES OF
HOFSTRA UNIVERSITY,

                Defendants.
_____

**NOTICE OF MOTION**

Civil Action No.
2:24-cv-6146-SIL

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, and upon Plaintiff's Complaint (ECF Doc. No. 1) and Defendant's Answer with Exhibits (ECF Doc. No. 14), Defendant Hofstra University shall move before the United States District Court for the Eastern District of New York for Judgment on the Pleadings dismissing Plaintiff's Complaint (ECF Doc. No. 1) pursuant to Federal Rule of Civil Procedure 12(c) on the grounds that the Complaint fails to state a claim on the pleadings, together with such other and further relief as this Court may deem just and proper.

      Pursuant to Local Rule of Civil Procedure 6.1, opposing papers, if any, must be served within 14 days safter service of this motion, and reply papers must be served within 7 days of service of any opposition papers.  Defendant requests oral argument on this motion.

Dated: November 15, 2024

                          BOND, SCHOENECK & KING, PLLC


                          By:    */s/Suzanne M. Messer*
                               Suzanne M. Messer
                          1010 Franklin Avenue, Suite 200
                          Garden City, New York 11530-2900
                          Telephone: (516) 267-6300
                          Email: smesser@bsk.com

                          *Attorneys for Hofstra University*

14960630